EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2017**    **002489**

E-Filing Number: 1710040909

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>MICHELE M. BERNARDO | **DEFENDANT'S NAME**<br>MAXIM HEALTHCARE SERVICES, INC. |
| **PLAINTIFF'S ADDRESS**<br>76 BUCKWALTER ROAD<br>SPRING CITY PA 19475 | **DEFENDANT'S ADDRESS**<br>7227 LEE DEFOREST DRIVE<br>COLUMBIA PA 21046 |
| **PLAINTIFF'S NAME**<br>JOSEPH BERNARDO | **DEFENDANT'S NAME**<br>MAXIM HEALTH SYSTEMS, DIV. OF MAXIM HEALTHCARE SERVICES, INC |
| **PLAINTIFF'S ADDRESS**<br>76 BUCKWALTER ROAD<br>SPRING CITY PA 19475 | **DEFENDANT'S ADDRESS**<br>7227 LEE DEFOREST DRIVE<br>COLUMBIA PA 21046 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**
20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
OCT 19 2017
M. BRYANT

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MICHELE M. BERNARDO, JOSEPH BERNARDO
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>CURTIS P. CHEYNEY III | ADDRESS<br>WETZEL GAGLIARDI & FETTER LLC<br>101 EAST EVANS STREET<br>WALNUT BUILDING, SUITE A<br>WEST CHESTER PA 19380-2600 |
|---|---|
| PHONE NUMBER<br>(484)887-0779 | FAX NUMBER<br>(484)887-8763 |
| SUPREME COURT IDENTIFICATION NO.<br>3827 | E-MAIL ADDRESS<br>ccheyney3@wgflaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*CURTIS CHEYNEY III* | DATE SUBMITTED<br>Thursday, October 19, 2017, 09:49 am |

FINAL COPY (Approved by the Prothonotary Clerk)

PRAECIPE FOR WRIT OF SUMMONS

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
19 OCT 2017 09:49 am

COURT OF COMMON PLEAS
Trial Division

MICHELE M. BERNARDO and
JOSEPH BERNARDO, h/w
76 Buckwalter Road
Spring City, PA  19475

_____ TERM, 20 ____

NO. _____

Plaintiff(s) Name(s) & Address(es)

VS

MAXIM HEALTHCARE SERVICES, INC.
7227 Lee Deforest Drive
Columbia, MD  21046

MAXIM HEALTH SYSTEMS, DIVISION
OF MAXIM HEALTHCARE SERVICES, INC.
7227 Lee Deforest Drive
Columbia, MD  21046

Defendant(s) Name(s) & Address(es)

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date:  10/18/17

_____
Signature of Attorney or Plaintiff(s)

Curtis P. Cheyney, III, Esquire
Print Name

Attorney Id. No. 03827
101 E Evans Street

Address

Walnut Building, Suite A
West Chester, PA  19380

484-887-0779, ext. 105
Phone Number

Case ID: 171002489

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

MICHELE M. BERNARDO and
JOSEPH BERNARDO, h/w

*Plaintiff*

vs.

MAXIM HEALTHCARE SERVICES, INC., and
MAXIM HEALTH SYSTEMS, DIVISION OF
MAXIM HEALTHCARE SERVICES, INC.

*Defendant*

COURT OF COMMON PLEAS

Filed and Attested by the
Office of Judicial Records
19 OCT 2017 09:49 am
M. BRYANT

_____ Term, 20____

No. _____

To[1]

Maxim Healthcare Services, Inc.

7227 Lee Deforest Drive
Columbia, MD   21046

Maxim Health Systems, Division
of Maxim Healthcare Services, Inc.
722 Lee Deforest Drive
Columbia, MD   21046

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Michele M. Bernardo and Joseph Bernardo, h/w

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____

171002489
19 OCT 2017 09:49 am
M. BRYANT

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 171002489

**Court of Common Pleas**

_____ Term, 20 _____

No. _____

MICHELE M. BERNARDO and
JOSEPH BERNARDO, h/w

*Plaintiff*

vs.

MAXIM HEALTHCARE SERVICES, INC.,
*Defendant* et al.

**SUMMONS**

Case ID: 171002489