IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE M. BERNARDO and<br>JOSEPH BERNARDO, h/w<br><br>Plaintiffs<br><br>vs.<br><br>MAXIM HEALTHCARE SERVICES, INC.<br>COMPANY and MAXIM HEALTHCARE<br>SERVICES, INC.<br>Defendants | No. 2:18-CV-01235-CDJ |

## STIPULATION TO REMAND

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN James C. Haggerty, Esquire (counsel for the plaintiffs), and Barbara A. O'Connell, Esquire (counsel for the defendants), that the above matter is to be remanded to the Court of Common Pleas of Philadelphia County, Pennsylvania, October Term, 2017, No. 2489.

HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.

BY: _____
James C. Haggerty, Esquire
Suzanne Tighe, Esquire
Attorney for Plaintiffs, Michele M. Bernardo
and Joseph Bernardo

SWEENEY & SHEEHAN, P.C.

BY: _____
Barbara A. O'Connell, Esquire
Attorney for Defendant, Maxim
Healthcare Services, Inc.
and Maxim Health Systems, A
Division of Maxim Health Systems, Inc.

1